## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| PATRICK REED and wife, MARY REED, ROBERT JONES and wife, BETTY JONES, STANLEY E. RADFORD, CORNELIUS CHRISTY, MERTIE THOMPSON and wife, PEGGY THOMPSON, DONALD E. IRELAN and wife, LYNNE S. IRELAN, ROBERT WARD and wife, CATHERINE WARD, <br><br>  **Plaintiffs,** <br><br> v <br><br> YOUNGBLOOD & MORGAN ENTERPRISES, INC., YOUNGBLOOD TRANSPORTATION SYSTEMS, INC., d/b/a YOUNGBLOOD TRUCK LINES, JOHN CURTIS YOUNGBLOOD, JR., and wife, JANIS YOUNGBLOOD, <br><br> **Defendants.** | CIVIL NO. 1:06-CV-092 |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Kristofer K. Strasser of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. to appear as additional counsel for the defendants in this matter filed on July 18, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Kristofer K. Strasser is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: July 24, 2006

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge